No. 74–6101. THERIAULT v. PITTMAN, CHIEF JUDGE, U. S. DISTRICT COURT, ET AL. Motion for leave to file petition for writ of habeas corpus and/or mandamus denied.

No. 74–952. BLANTON, GOVERNOR OF TENNESSEE, ET AL. v. AMERICANS UNITED FOR THE SEPARATION OF CHURCH AND STATE ET AL. Appeal from D. C. M. D. Tenn. Probable jurisdiction noted and case set for oral argument with No. 74–730, Roemer v. Board of Public Works of Maryland [probable jurisdiction noted, ante, p. 922].

No. 74–728. FRANKS ET AL. v. BOWMAN TRANSPORTATION CO., INC., ET AL. C. A. 5th Cir. Certiorari granted.

No. 74–850. WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE v. WEBER. C. A. 9th Cir. Certiorari granted.

No. 74–754. UNITED STATES v. MANDUJANO. C. A. 5th Cir. Motion of respondent for leave to proceed in forma pauperis and certiorari granted.

No. 73–953. FARR v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–6009. HICKMAN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 73–6659. BUTLER ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.